John Boll, Respondent, *v.* Sharpe & Dohme, Inc., Appellant.

Submitted November 30, 1953; decided December 3, 1953.

*Joseph J. Brophy* for application.

No one opposed.

Application to dismiss appeal granted and appeal dismissed, with costs to respondent, upon the ground that the order does not finally determine the action within the meaning of the Constitution.